# FRANK E. BULLOCK

*vs.*

# HENRY M. STAYLOR, ET AL.

*Specific performance: decree compelling vendee to comply with contract of sale; title need not be free from every possible doubt; adverse possession.*

Where a bill for specific performance is brought, for the purpose of testing the title of a vendee, in order for a decree to be granted, it is not required that the title shall be absolutely perfect and free from every possible doubt; a threat, or even the possibility, of a contest will not be sufficient to defeat the right to the decree; but to have such effect, the doubt must be considerable and rational, such as would and ought to produce real, *bona fide* hesitation in the mind of the court.

The mere fact that the vendor's title to land depends upon adverse possession, is no defense to a bill for specific performance.

A public street or road, adjoining a piece of property, was closed in 1882, and benefits for such closing were assessed against the owner of the property; the assessment not being paid, the property was advertised to be sold by the City of Baltimore; the day before the sale, the widow of such owner, instead of waiting to buy the property at public sale, paid the assessment to the city and obtained a receipt therefor, and the property was withdrawn from sale; the property was then assessed to her; she paid the taxes upon the same until her death, in 1909; during all that time she maintained a house and improvements upon the property, and leased out and received rent for the same: *Held,* that her possession, under such circumstances, established in her a fee simple and marketable title to the lot in question, by adverse possession.

It is the intent with which possession is begun or maintained which makes its character adversary.

*Decided March 8th, 1915.*

Appeal from the Circuit Court of Baltimore City. (BOND, J.)

The facts are stated .in the opinion of the Court.

The cause was submitted to BOYD, C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER, STOCKBRIDGE .and CONSTABLE, JJ.

*William B. Smith* filed a brief for the appellant.

*Charles Lee Merriken* and *Frank M. Merriken* filed a brief for the appellees.

PATTISON, J., delivered the opinion of the Court.